**Order Filed March 13, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-16-00671-CV

**ST. JOHN MISSIONARY BAPTIST CHURCH, SYMPHUEL ANDERSON, BEVERLY DAVIS AND PATRICIA MAYS, Appellants**
**V.**
**MERLE FLAKES, ELOISE SQUARE, MARY JO EVANS, ANNIE KATHERINE WHITE, ELLA MAE ROLLINS, EDDIE ABNEY, GWEDOLYN BROWN, MARK HORTON, DAVID PAILIN, SR., DEE PATTERSON AND PENNY WHITE, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04696**

### ORDER
Before Justices Schenck, Carlyle[1], and Evans

This case has been remanded by the Texas Supreme Court and reinstated on this Court's docket. *St. John's Miss. Bap. Church v. Flakes*, No. 18-0513, 2020 WL 593694 (Tex. Feb. 7, 2020). We **ORDER** appellant to file, within **TWENTY DAYS** of the date of this order, an amended brief that may, but is not required to, supplement or amend its brief so that any argument regarding the ecclesiastical-

---

[1] The Honorable Justice Cory L. Carlyle succeeded the Honorable Justice Douglas S. Lang, a member of the original panel on this appeal.

abstention doctrine is "properly presented," with appropriate citations to "law and authorities" and to the clerk's record. *See* TEX. R. APP. P. 38.1(i); *id*. 38.9; *Flakes*, 2020 WL 593694; *Horton v. Stovall*, 591 S.W.3d 567 (Tex. 2019). We further **ORDER** that, in the event appellants file an amended brief, appellees may, but are not required, to file an amended brief no later than **TWENTY DAYS** thereafter. If appellants fail to file an amended brief, the case will be submitted on appellants' brief filed in this Court on February 21, 2017.

/David Evans/
DAVID EVANS
JUSTICE